JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK D. MOLINA,** | ) NO. CV 16-3742-SVW (KS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| | ) |
| **W.L. MONTGOMERY, Warden,** | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 22, 2017    _____

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE